IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARILYN HALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:13-cv-00816 |
| | ) JURY DEMAND |
| | ) |
| TENNESSEE DEPARTMENT OF | ) |
| CHILDREN'S SERVICES | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

**COMES NOW** Plaintiff, Marilyn Halley, by and through her undersigned counsel, and respectfully moves this Court to continue the case management conference presently scheduled for October 8, 2013 at 11:00 AM to October 16, 2013 at 11:00 A.M. as Plaintiff's counsel, Todd G. Cole, has a schedule conflict on October 8th with another matter.

Respectfully submitted,

/s/ Todd G. Cole
Todd G. Cole (TN Bar No. 31078)

COLE LAW GROUP
9005 Overlook Blvd.
Brentwood, Tennessee 37027
T / F: (800) 637-2209
tcole@colelawgroup.us
Attorney for Plaintiff

ORDER
Motion Granted; The Magistrate Judge assumes this has been cleared with opposing counsel.
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

1